**Order entered April 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01384-CV

## IN THE INTEREST OF K.V.K., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-19679**

## ORDER

Before the Court is appellant's April 28, 2015 unopposed motion to file supplemental reporter's records. Appellant has been found indigent and is allowed to proceed without advance payment of costs. Appellant requested the reporter's record from the bench trial and six hearings. Only the reporter's record from the bench trial has been filed.

We **GRANT** appellant's motion. We **ORDER** Glenda Johnson, Official Court Reporter for the 256th Judicial District Court, to file, **WITHIN THIRTY DAYS** of the date of this order, the reporter's records with exhibits from the hearings held on the following dates:

1.      February 20, 2014;

2.      February 28, 2014;

3.      March 20, 2014;

4.      October 7, 2014;

5.      October 22, 2014; and

6. January 9, 2015.

If any of the hearings were not recorded, Glenda Johnson shall file written verification that such hearings were not recorded. Appellant's brief will be due **THIRTY DAYS** after the above-listed reporter's records are filed or the requested written verification is filed.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable David Lopez, Judge of the 256th Judicial District Court, Glenda Johnson, and counsel for all parties.

/s/     ELIZABETH LANG-MIERS
JUSTICE